Case 3:12-cr-05083-BHS Document 183 Filed 02/04/15 Page 1 of 2

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

United States of America
v.
Jorge Hernandez-Godinez

)
)
) Case No: CR12-5083BHS
)
) USM No: 42055-086
)
)
) Myra Sun
) Defendant's Attorney

Date of Original Judgment: 07/22/13
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___78___ months **is reduced to** ___63 months as to both counts___ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___07/22/2013___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 2/4/15

Judge's signature

Effective Date: 11/01/2015
*(if different from order date)*

The Honorable Benjamin H. Settle, U.S. District Judge
Printed name and title

Case 3:12-cr-05083-BHS   Document 183   Filed 02/04/15   Page 2 of 2

AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Jorge Hernandez-Godinez
CASE NUMBER: CR12-5083BHS
DISTRICT: Western Washington

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 27           Amended Total Offense Level: 26
Criminal History Category: I                Criminal History Category: I
Previous Guideline Range: 70 to 87 months   Amended Guideline Range: 63 to 78 months

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

### III. ADDITIONAL COMMENTS

Due to the operation of the multiple count rules in 3D1.4 of the Sentencing Guidelines, there is only a one-level net reduction in the total offense level despite a two-level reduction based upon the drug quantity.